

**NUMBER 13-10-00257-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF M.W., ET AL., MINOR CHILDREN

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Garza
Memorandum Opinion Per Curiam**

Appellant, J.W.M.[1], perfected an appeal from a judgment entered by the County Court at Law No. 5, in cause number 08-61894-5. This cause is presently before the Court on an amended motion to dismiss the appeal on grounds he no longer wishes to pursue the matter. Appellant requests that this Court dismiss the appeal.

---

[1] In appeals from cases involving the termination of parental rights, the rules of appellate procedure require the use of an alias to refer to a minor, "and if necessary to protect the minor's identity, to the minor's parent or other family member. Tex. R. App. P. 9.8.

The Court, having considered the documents on file and appellant's amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's amended motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
27th day of May, 2010.